No. 99–6276. BALDWIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6279. GARRETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6280. HAPPEL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6281. DOE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6282. HICKMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6285. PAYTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6287. LEAF v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6296. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6298. MARKIEWICZ v. WASHINGTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–6304. ROSARIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6305. TERREFORTE QUIDGLEY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–6306. MASON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6311. SCHUSTER v. UNITED STATES POSTAL SERVICE ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–6317. JENKINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–6320. THOMPSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6322. SANCHEZ v. WYOMING. Sup. Ct. Wyo. Certiorari denied.